**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SHIRLEY PEARL WILLIAMS,

                Plaintiff,

vs.                                        Case No. 3:05-cv-1270-J-32MMH

CRAIG GIBBS LAW FIRM and
ELDRED LOFTON,

                Defendants.
_____/

## **REPORT AND RECOMMENDATION**[1]

This cause is before the Court on the Order to Show Cause (Doc. No. 7; Order to Show Cause) entered on January 24, 2006. Upon review of the file, the undersigned recommends that this case be dismissed for failure to prosecute.

On December 14, 2005, Plaintiff filed her Complaint (Doc. No. 1; Complaint) and Affidavit of Indigency (Doc. No. 2; Affidavit), which the Court construed as a motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1). The undersigned reviewed Plaintiff's Complaint as well as her Affidavit and found that both were deficient. See Order (Doc. No. 4; Order). Therefore, the Court directed Plaintiff to provide additional information regarding her financial condition and to file an amended complaint by January 18, 2006. See id. at 5. The Court cautioned Plaintiff that failure to comply with the Order

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within ten (10) days after service of this document. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

might "result in a recommendation that this action be dismissed for failure to prosecute pursuant to Local Rule 3.10(a)." Id.

In response to this Order, Plaintiff filed a second Affidavit of Indigency on January 12, 2006. See Affidavit of Indigency (Doc. No. 6). However, Plaintiff failed to file an amended complaint as directed in the Order. Therefore, the Court issued the Order to Show Cause on January 24, 2006 instructing Plaintiff to show cause no later than February 6, 2006, "why this case should not be dismissed for failure to comply with the Court's Order and failure to prosecute." Order to Show Cause at 1-2. The Court further informed Plaintiff that failure to respond to the Order to Show Cause would result in a recommendation that this action be dismissed pursuant to Local Rule 3.10(a). See id. at 2. However, as of this date, Plaintiff still has not complied with the Court's Order (Doc. No. 4) or responded to the Order to Show Cause (Doc. No. 7).

## **RECOMMENDATION**

Accordingly, it is recommended that this action be **DISMISSED** without prejudice pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida, for want of prosecution.

**ENTERED** at Jacksonville, Florida, on February 13, 2006.

*[signature]*
**MARCIA MORALES HOWARD**
United States Magistrate Judge

ja

Copies to:

The Honorable Timothy J. Corrigan
United States District Judge

Counsel of Record
Pro Se Parties