**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SHIRLEY PEARL WILLIAMS,

        Plaintiff,

vs.                                           Case No. 3:05-cv-1270-J-32MMH

CRAIG GIBBS LAW FIRM and
ELDRED LOFTON,

        Defendants.

_____

**ORDER**[1]

This case is before the Court on Plaintiff's Complaint (Doc. 1) and Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). Upon review of these filings, the assigned United States Magistrate Judge issued an Order directing plaintiff to provide additional information regarding her financial status and to file an amended complaint no later than January 18, 2006 (Order, Doc. 4). The Order cautioned plaintiff that failure to comply might result in a Report and Recommendation that her case be dismissed for failure to prosecute. (Order, Doc. 4). Plaintiff filed a second Affidavit of Indigency (Doc. 6) but failed to file an amended complaint. On January 24, 2006, the United States Magistrate Judge issued an Order to Show Cause (Doc. 7) directing

---

[1]Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

plaintiff to show cause no later than February 6, 2006 as to why her case should not be dismissed for failure to prosecute. Plaintiff failed to respond to the Order to Show Cause. On February 13, 2006, the United States Magistrate Judge issued a Report and Recommendation (Doc. 8) recommending that this case be dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10(a). No objections were filed and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 8), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 8) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Pursuant to Local Rule 3.10(a), plaintiff's complaint (Doc. 1) is **DISMISSED without prejudice** for failure to prosecute. The Clerk is directed to term all pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 14th day of March, 2006.

*[signature]*
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Marcia M. Howard
United States Magistrate Judge

pro se plaintiff